IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE YOUNG, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSEPH J. PIAZZA. ET AL. | : | NO. 06-1993 |
|     Respondents. | : | |

ORDER

AND NOW, this 19th day of December 2006, upon consideration of the pleadings and record herein[1], and after thorough review of the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is DISMISSED.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court is instructed to close this matter for statistical purposes.



BY THE COURT:
/S/LEGROME D. DAVIS

Legrome D. Davis, J.

---

[1] The Court also considered Petitioner's Objection to the Report and Recommendation (Doc. No. 13) wherein Petitioner argues that the Report and Recommendation was entered before his reply to the Respondents' response to the habeas petition was filed. The Court has reviewed this reply (Doc. No. 10, resubmitted as Doc. No. 17) and finds that the legal arguments presented therein would not change Chief Judge Smith's Report and Recommendation or the ultimate disposition of this case.